IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIRT
IN AND FOR LEE COUNTY, FLORIDA

VINCENT ABBATIELLO, JR.,

Plaintiff,

vs. CASE NO. 2017-CA-3355

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

Defendant.
_______________________________________/

**NOTICE OF SERVICE OF INTERROGATORIES TO PLAINTIFF**

COMES NOW Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its undersigned attorneys, and advises that Interrogatories, numbered 1 through 28, directed to Plaintiff, VINCENT ABBATIELLO, JR., have been served pursuant to Rule 1.340, Florida Rules of Civil Procedure, requiring Plaintiff to answer said Interrogatories, and to serve a copy of said answers upon Defendant, within the time specified by the applicable rules of civil procedure.

EXHIBIT
C

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by email transmission to Derrick G. Isaac, Esq. at dgi@gbclaw.com, emr@gbclaw.com and blm@gbclaw.com, Goldstein, Buckley, Cechman, Rice & Purtz, P.A., 1515 Broadway, P. O. Box 2366, Fort Myers, FL 33902-2366 on this 17 day of December, 2017.

BANKER LOPEZ GASSLER P.A.
4315 Metro Parkway, Suite 550
Fort Myers, FL 33916
Telephone: (239) 985-4890
Facsimile: (239) 322-1310
Email: service-jgubernat@bankerlopez.com

BY: ____________________
Jesse Gubernat
Florida Bar No. 55928
Attorney for Defendant

**INTERROGATORIES**

1. What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2. List the names, business addresses, dates of employment and rates of pay regarding all employers, including self-employment, for whom you have worked in the past ten years.

3. List all former names and when you were known by those names. State all addresses where you have lived for the past ten years, the dates you lived at each address, your social security number, your date of birth, and if you are or have ever been married, the name of your spouse or spouses.

4. Do you wear glasses, contact lenses or hearing aids? If so, who prescribed them; when were they prescribed; when were your eyes or ears last examined; and what is the name and address of the examiner?

5. Have you ever been convicted of a crime, other than any juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of one year, or that involved dishonesty or a false statement regardless of the punishment? If so, state as to each conviction, the specific crime, the date and the place of conviction.

6. Were you suffering from physical infirmity, disability, or sickness at the time of the incident described in the complaint? If so, what was the nature of the infirmity, disability, or sickness?

7. Did you consume any alcoholic beverages or take any drugs or medication within twelve hours before the time of the incident described in the complaint? If so, state the type and amount of alcoholic beverages, drugs or medication which were consumed and when and where you consumed them.

8. Describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident.

9. Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

10. Were you charged with any violation of law (including any regulations or ordinances) arising out of the incident described in the complaint? If so, what was the nature of the charge; what plea, or answer, if any, did you enter to the charge; what court or agency heard the charge; was any written report prepared by anyone regarding this charge, and if so, what is the name and address of the person or entity that prepared the report; do you have a copy of the report; and was the testimony at any trial, hearing, or other proceeding on the charge recorded in any manner, and, if so, what was the name and address of the person who recorded the testimony?

11. Describe each injury for which you are claiming damages in this case, specifying the part of your body that was injured, the nature of the injury, and, as to any injuries you contend are permanent, the effects on you that you claim are permanent.

12. List each item of expense or damage, other than loss of income or earning capacity, that you claim to have incurred as a result of the incident described in the complaint, giving for each item the date incurred, the name and business address to whom each was paid or is owed, and the goods or services for which each was incurred.

13. Do you contend that you have lost any income, benefits, or earning capacity in the past or future as a result of the incident described in the complaint? If so, state the nature or the income, benefits, or earning capacity, and the amount and the method that you used in computing the amount.

14. Has anything been paid or is anything payable from any third party for the damages listed in your answers to these interrogatories? If so, state the amounts paid or payable, the name and business address of the person or entity who paid or owes said amounts, and which of those third parties have or claim a right of subrogation.

15. Have you notified any provider of collateral sources in any manner of your intention to claim damages from this, or any other person or entity? If so, please state the name and address of the collateral source provider, the date of such notification, by what manner the collateral source provider was notified, whether or not the collateral source provided her provided a statement asserting its payment of collateral source benefits and right of subrogation or reimbursement and, if so, the date such notification was made and the date such notification was received by you or someone acting on your behalf.

16. List the names and business addresses of each physician who has treated or examined you, and each medical facility where you have received any treatment or examination for the injuries for which you seek damages in this case; and state as to each the date of treatment or examination and the injury or condition for which you were examined or treated.

17. List the names and business addresses of all other physicians, medical facilities or other health care providers by whom or at which you have been examined or treated in the past ten years; and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated.

18. List the names and addresses of all persons who are believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

19. Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place and substance of each statement.

20. State the name and address of every person known to you, your agents, or attorneys, who has knowledge about, or possession, custody or control of any model, plat, map, drawing, motion picture, video tape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

21. Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

22. Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

23. Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter and if so, state whether you were plaintiff or defendant, the nature of the action, and the date and court in which such suit was filed.

24. At the time of the incident described in the complaint, were you wearing a seat belt? If not, please state why not; where you were seated in the vehicle; and whether the vehicle was equipped with a seat belt that was operational and available for your use.

25. Did any mechanical defect in the motor vehicle in which you were riding at the time of the incident described in the complaint contribute to the incident? If so, describe the nature of the defect and hot contributed to the incident.

26. If you, or your attorneys or agents, have taken any statement from any person concerning the subject matter of this suit, please state the name and address of the person who took such statement, the date, and time such statement was taken, the form of the statement (e.g., or recording, writing, stenographic, telephonic, etc.), the name, address, and telephone number of the person from whom the statement was taken, the name, address and telephone number of the person, firm or corporation who currently has custody of such statement, and whether or not a copy of the statement has been given to the person from whom it was taken.

27. State whether or not you have been involved in any other "incidents" (incident is used in its broadest sense to mean any accidental injury such as an automobile accident, motorcycle accident, slip and fall, etc., and any intentional acts, such as assault and battery, attempted murder, etc.) in which you received injuries for

which you received treatment by a health care provider, and for each such incident, state the date and place it occurred, the names and addresses of all persons who have knowledge of the incident, and the names and addresses of all persons and health care providers who rendered medical treatment to you.

28. State whether you, or anyone on your behalf, has filed any lawsuits, made any workers' compensation claims, applied for or claimed any personal injury protection benefits, applied for or received any medical insurance benefits, made any uninsured motorist's claims, or retained any attorneys for the purpose of accomplishing the foregoing, and if so, for each such occasion, provide the names and addresses of all persons who have information pertaining to these claims and enough information about the claims to enable defendant to obtain the documents substantiating the claims you have made.

VINCENT ABBATIELLO, JR.

STATE OF FLORIDA )

COUNTY OF ____________________ )

The foregoing instrument was acknowledged before me this _____ day of _________, 20__, by VINCENT ABBATIELLO, JR. who is personally known to me or who has produced identification and who did (did/not) take oath.

____ Personally Known ____ Identification Produced _____ Type of ID

Notary Public

Printed Notary Name

My Commission Expires: