IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

VINCENT ABBATIELLO, JR.,
Plaintiff,
vs.                                              CASE NO. 17-CA-003355

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

Defendant.
_____/

### PLAINTIFF'S NOTICE OF SERVICE OF INTERROGATORY ANSWERS

NOTICE IS HEREBY GIVEN that the original set of Interrogatories propounded by the Defendants, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, have been answered by the Plaintiff, VINCENT ABBATIELLO, JR., and the original answers, together with a copy of this Notice, have been furnished to the individuals listed on the attached Service List, this 5th day of January, 2018.

GOLDSTEIN, BUCKLEY, CECHMAN,
RICE & PURTZ, P.A.
Attorneys for Plaintiff
Post Office Box 2366
Fort Myers, Florida 33902
(239) 334-1146 (Telephone)
(239) 334-3039 (Facsimile)

By: /S/DERRICK G. ISAAC
    Derrick G. Isaac
    Florida Bar No. 0088664
    dgi@gbclaw.com



## SERVICE LIST

Jesse Gubernat, Esquire
BANKER LOPEZ GASSLER, P.A.
4315 Metro Parkway, Ste. 550
Fort Myers, FL 33916
service-jgubernat@bankerlopez.com

1. What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

    **Vincent Abbatiello, Jr., with the assistance of my attorney.**
    **9110 Red Canyon Drive**
    **Ft. Myers, FL 33908**

2. List the names, business addresses, dates of employment, and rates of pay regarding all employers, including self-employment, for whom you have worked in the past 10 years.

    **Mainstay Retirement Solutions**
    **Self-Employed**
    **8270 College Pkwy., Ste. 104**
    **Ft. Myers, FL 33919**
    **Dates of Employment: 3/2014-Present date.**

    **Bankers Life & Casualty**
    **301 N. Cattleman Rd., Ste. 106**
    **Sarasota, FL 34232**
    **Dates of Employment: 4/2008-3/2014**

    **Nextel Communications**
    **Locations in Fort Myers, FL and New York**
    **No longer in business.**
    **Dates of Employment: 2001-2008**

    **Plaintiff objects to the inquiry pertaining to the rate of pay as Plaintiff is not asserting a wage loss claim or loss of earning capacity claim, said information is not likely to lead to the discovery of admissible evidence.**

    **I have completed this response to the best of my recollection. I reserve the right to amend this answer.**

3. List all former names and when you were known by those names. State all addresses where you have lived for the past 10 years, the dates you lived at each address, your social security number, your date of birth, and if you are or have ever been married, the name of your spouse or spouses.

    **Former Names: None.**

    **Address History:**
    **9110 Red Canyon Drive, Ft. Myers, FL 33908. Date: November 2017-Present date.**

**14550 Dolce Vista Rd., Ft. Myers, FL 33908. Date: 2016-2017**
**5110 Atlanta Court, Ft. Myers, FL Date: 2014-2015**
**Hamlett Grove, Sarasota, FL Date: 2012-2014**
**I don't recall address, Sarasota, FL. Date: 2011-2012**
**College Point, Fort Myers, FL. Date: 2008-2011**
**8693 Baytown Loop, Ft. Myers, FL 33908. Date: 2006-2008**

**S.S.N.: xxx-xx-9294**
**D.O.B.: 1/13/1972**

**Marital Status: Not married.**
**Prior Spouse: Karen Vey (2008)**
   **Kelly Griffin (2000-2004)**
   **Jamie Prince (1996)**

**I have completed this response to the best of my recollection. I reserve the right to amend this answer.**

4. Do you wear glasses, contact lenses or hearing aids? If so, who prescribed them; when were they prescribed; when were your eyes or ears last examined; and what is the name and address of the examiner?

   **No.**

5. Have you ever been convicted of a crime, other than juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of one year, or that involved dishonesty or a false statement regardless of the punishment? If so, state as to each conviction the specific crime and the date and the place of conviction.

   **No.**

6. Were you suffering from physical infirmity, disability, or sickness at the time of the incident described? If so, what was the nature of the infirmity, disability, or sickness?

   **No.**

7. Did you consume any alcoholic beverages or take any drugs or medication within 12 hours before the time of the incident described in the complaint? If so, state the type and amount of alcoholic beverages, drugs or medication which were consumed, and when and where you consumed them.

   **No.**

8. Describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident.

   **I was driving southbound on U.S. 41 when I slowed to a stop to yield to a fire truck which had on its emergency lights and sirens. The tort feasor Naomi Salinas, failed to stop and rear ended my vehicle. There's nothing I could have done to prevent this incident.**

9. Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

   **Among other things:**
   **a.    Defendant failed to keep a proper lookout;**
   **b.    Defendant failed to use due care while operating a motor vehicle;**
   **c.    Defendant operated vehicle in such a negligent and careless manner as to cause an accident.**

10. Were you charged with any violation of law (including any regulations or ordinances) arising out of the incident described in the complaint? If so, what was the nature of the charge; what plea, or answer, if any, did you enter to the charge; what court or agency heard the charge; was any written report prepared by anyone regarding this charge, and if so, what is the name and address of the person or entity that prepared the report; do you have a copy of the report; and was the testimony at any trial, hearing, or other proceeding on the charge recorded in any manner, and, if so, what was the name and address of the person who recorded the testimony?

    **No.**

11. Describe each injury for which you are claiming damages in this case, specifying the part of your body that was injured, the nature of the injury, and, as to any injuries you contend are permanent, the effects on you that you claim are permanent.

    **As a result of this accident, I suffer from a temporomandibular disorder, myofascial pain, and pain to my neck and back, and right elbow. You would have to ask my treating physicians about my permanent injuries.**

12. List each item of expense or damage, other than loss of income or earning capacity, that you claim to have incurred as a result of the incident described in the complaint, giving for each item the date incurred, the name and business address to whom each was paid or is owed, and the goods or services for which each was incurred.

**See attached Exhibit "12". My attorney is in the process of updating my medical bills. I reserve the right to amend this answer.**

13. Do you contend that you have lost any income, benefits, or earning capacity in the past or future as a result of the incident described in the complaint? If so, state the nature of the income, benefits, or earning capacity, and the amount and the method that you used in computing the amount.

    **I am not asserting a claim for wage loss or loss of earning capacity.**

14. Has anything been paid or is anything payable from any third party for the damages listed in your answers to these interrogatories? If so, state the amounts paid or payable, the name and business address of the person or entity who paid or owes said amounts, and which of those third parties have or claim a right of subrogation.

    **I only received PIP benefits through State Farm. My attorney is in the process of updating my subrogation information. I reserve the right to amend this answer.**

15. Have you notified any provider of collateral sources in any manner of your intention to claim damages from this, or any other person or entity? If so, please state the name and address of the collateral source provider, the date of such notification, by what manner the collateral source provider was notified, whether or not the collateral source provided her provided a statement asserting its payment of collateral source benefits and right of subrogation or reimbursement and, if so, the date such notification was made and the date such notification was received by you or someone acting on your behalf.

    **No.**

16. List the names and business addresses of each physician who has treated or examined you, and each medical facility where you have received any treatment or examination for the injuries for which you seek damages in this case; and state as to each, the date of treatment or examination and the injury or condition for which you were examined or treated.

    **See response to #12.**

17. List the name and business addresses of all other physicians, medical facilities or other health care providers by whom or at which you have been examined or treated in the past ten years; and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated.

    **See response to #12.**

Dr. Mark Farmer
12670 Creekside Ln., Ste. 202
Ft. Myers, FL 33919
Treatment: Knee
Date: 2006

Health Park
9981 S. Healthpark Dr.
Ft. Myers, FL 33908
Treatment: Diverticulitis
Date: 2009

Lee Convenient Care-Page Field
4771 S. Cleveland Ave.
Ft. Myers, FL 33907
Treatment: Colds/flu
Date: Various times in past ten years.

Dr. Galo Constante
12400 Brantley Commons Ct., #101
Ft. Myers, FL 33907
Treatment: Primary Care Physician
Date: December 2017

Dr. Anne Lord-Tomas
12650 World Plaza Ln., #1
Ft. Myers, FL 33907
Treatment: Bioidentical hormone replacement
Date: October 2017

Dr. Manuel Garcia
9131 College Point Ct.
Ft. Myers, FL 33919
Treatment: Primary Care Physician
Date: 2004-2017

Dr. Pedro A. Marcucci
18900 N. Tamiami Trail, #12a
N. Ft. Myers, FL 33917
Treatment: Urologist
Date: 2006/2007

Lehigh Acres Fire & Rescue
14410 Metropolis Ave.
Ft. Myers, FL 33912
Treatment: Motor Vehicle Accident

**Date: 2007**

**Lehigh Regional Medical Center**
**1500 Lee Blvd.**
**Lehigh Acres, FL 33936**
**Treatment: Motor Vehicle Accident**
**Date: 2007**

**Lee Memorial Hospital**
**2776 Cleveland Ave.**
**Ft. Myers, FL 33901**
**Treatment: Left distal bicep tendon rupture.**
**Date: 5/24/2016**

**Orthopedic Specialists of Florida**
**2531 Cleveland Ave., Ste. 1**
**Ft. Myers, FL 33901**
**Treatment: Left distal bicep tendon rupture.**
**Date: 5/9/16-7/7/16**

**Dr. James Cottom**
**2030 Bee Ridge Rd., Ste. C**
**Sarasota, FL 34239**
**Treatment: Left Achilles tendon**
**Date: 10/2/2012**

**I have completed this response to the best of my recollection. I reserve the right to amend this answer.**

18. List the names and addresses of all persons who are believed or know by you, your agents or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

    **Plaintiff and plaintiff's counsel;**
    **Defendant and defendant's counsel;**
    **My treating physicians listed in #12;**
    **My insurance providers listed in #14;**
    **All individuals listed on the police report;**
    **Discovery is ongoing. Plaintiff reserves the right to amend this answer.**

19. Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place and substance of each statement.

**My attorney has a disk containing a copy of a 911 call regarding this accident.**

20. State the name and address of every person known to you, your agents, or your attorney, who has knowledge about, or possession, custody or control of any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

    **My attorney has property damage photographs in his possession.**

21. Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness' qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

    **Plaintiff has not retained an expert witness at this time.**

    **Plaintiff's treating doctors will testify as ordinary witnesses. In *Frantz v. Golebiewski*, 407 So.2d 283, 285 (Fla. 3d DCA 1981), the court explained that "a treating doctor...while unquestionably an expert does not acquire his expert knowledge for the purpose of litigation but rather simply in the course of attempting to make his patients well...Such an expert should be treated as an ordinary witness."**

    **Plaintiff reserves the right to amend this answer.**

22. Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

    **No.**

23. Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter and if so, state whether you were plaintiff or defendant, the nature of the action, and the date and court in which such suit was filed.

    **I was the Plaintiff in a personal injury lawsuit in 1990 in Hempstead, New York, Nassau County.**

24. At the time of the incident described in the complaint, were you wearing a seatbelt? If not, please state why not; where you were seated in the vehicle; and

whether the vehicle was equipped with a seatbelt that was operational and available for use.

**Yes, I was wearing a seat belt.**

25. Did any mechanical defect in the motor vehicle in which you were riding at the time of the incident described in the complaint contribute to the incident? If so, describe the nature of the defect and how it contributed to the incident.

    **No.**

26. If you, or your attorneys or agents, have taken any statement from any person concerning the subject matter of this suit, please state the name and address of the person who took such statement, the date, and time such statement was taken, the form of the statement (e.g., or recording, writing, stenographic, telephonic, etc.) the name, address, and telephone number of the person, firm or corporation who currently has custody of such statement, and whether or not a copy of the statement has been given to the person from whom it was taken.

    **None in Plaintiff's possession.**

27. State whether or not you have been involved in any other "incidents" (incident is used in its broadest sense to mean any accidental injury such as an automobile accident, motorcycle accident, slip and fall, etc., and any intentional acts, such as assault and battery, attempted murder, etc.) in which you received injuries for which you received treatment by a health care provider, and for each such incident, state the date and place it occurred, the names and addresses of all persons who have knowledge of the incident, and the names and addresses of all persons and health care providers who rendered medical treatment to you.

    **Objection, vague and overbroad, notwithstanding said objection, yes. On 5/1/16, I injured my left bicep while lifting a TV. On 10/2/2012, I ruptured my Achilles tendon in Sarasota, FL. In 2007, I was in a motor vehicle accident in Lehigh Acres, Florida where I was examined, but had no injuries. In 2006, while working for Nextel, I stepped on a pipe suffering a right knee injury. In 2005, I also injured my knee and sought treatment with Dr. Kagan. In 1996, I had a right shoulder injury while working for the New York Fire Department. In 1991, I was in a motor cycle accident in Hempstead, New York. I was examined at Winthrop University Hospital, but only had bruises. Lastly, in 1990, I was in a rear end motor vehicle accident in Hempstead, New York, but I don't recall my injuries. See response to #17 for all other medical treatment. This is to the best of my recollection. I reserve the right to amend this answer.**

28. State whether you, or anyone on your behalf, has filed any lawsuits, made any workers' compensation claims, applied for or claimed any personal injury

protection benefits, applied for or received any medical insurance benefits, made any uninsured motorist's claims, or retained any attorneys for the purpose of accomplishing the foregoing , and if so, for each such occasion, provide the names and addresses of all persons who have information pertaining to these claims and enough information about the claims to enable defendant to obtain the documents substantiating the claims you have made.

**In 2006, I had a Workers' Compensation claim while at Nextel for a right knee injury. In 1996, I had a Workers' Compensation claim while at the New York Fire Department for injury to my right shoulder. In 1990, I made a claim for medical benefits for a motor vehicle accident. Also see responses to #23 and #27. I have completed this response to the best of my recollection. I reserve the right to amend this answer.**

Exhibit "12"

| Medical Provider | DOS | Total Charges | STATE FARM PIP | Adj. | Client | Balance Due |
|---|---|---|---|---|---|---|
| Lee County EMS | 09/15/15 | $902.60 | $711.71 | $190.89 | $0.00 | $0.00 |
| LMHS ER Physicians | 09/15/15 | $492.00 | $393.60 | $0.00 | $0.00 | $98.40 |
| LMHS | 09/15/15 | $9,148.00 | $5,488.80 | $2,287.00 | $0.00 | $1,372.20 |
| Florida Radiology Consultants | 09/15/15 | $272.00 | $0.00 | $272.00 | $0.00 | $272.00 |
| Dr. Alex Kuhn | 09/25/15 - 11/09/16 | $10,015.00 | $1,011.10 | $248.76 | $0.00 | $8,755.14 |
| Drs. David Sudderth + John Kagan Kagan, Jugan & Associates | 09/22/15 - 12/19/16 | $19,464.88 | $2,398.02 | $878.44 | $50.00 | $16,340.42 |
| Dr. Jeffrey Henn | 04/14/16 | $898.00 | $0.00 | $0.00 | $30.00 | $668.00 |
| | TOTALS | $40,992.48 | $10,001.23 | $3,677.09 | $80.00 | $27,506.16 |

_[signature]_
VINCENT ABBATIELLO, JR.

STATE OF FLORIDA             )
COUNTY OF __LEE__            )

The foregoing instrument was acknowledged before me this __28__ day of __December__, 20__17__ by VINCENT ABBATIELLO, JR. who is personally known to me or who has produced identification and who did (did/not) take oath.

FL DR A134-860-72-013-0

____ Personally Known    ✓ Identification Produced    ____ Type of ID

_[signature] Erin Reilly_
Notary Public

_____
Printed Notary Name

My Commission Expires:



Notary Public State of Florida
Erin Reilly
My Commission GG 056377
Expires 01/23/2021

14