Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search Back

Location . Lee County   Images He.p

# REGISTER OF ACTIONS
## CASE NO. 17-CA-003355

| | |
|---|---|
| Abbatiello, Vincent, Jr. Plaintiff vs State Farm Mutual Automobile Insurance Company Defendant | § § § § § § |

Case Type: **CA Auto Negligence**
Date Filed: **10/13/2017**
Location: **Div T**
Judicial Officer: **Kyle, Keith R**

---

## PARTY INFORMATION

**Defendant**   State Farm Mutual Automobile Insurance
Company
200 E. Gaines Street
Tallahassee, FL 32399

Lead Attorneys
**Jesse Thomas Gubernat**
*Retained*
293-322-1302(W)

**Plaintiff**   Abbatiello, Vincent, Jr.
Goldstein, Buckely, Cechman, Rice & Purtz
P.A.
P.O. Box 2366
Fort Myers, FL 33902

**Derrick Gregory Isaac**
*Retained*
239-334-1146(W)

---

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 10/13/2017 | Civil Cover Sheet     Doc ID# 1.000 |
| 10/13/2017 | Complaint     Doc ID# 2.000 |
| 10/13/2017 | Request for Admissions     Doc ID# 3.000 |
| 10/13/2017 | Request for Production     Doc ID# 4.000 |
| 10/13/2017 | Notice of Service of Interrogatories     Doc ID# 5.000 |
| 10/13/2017 | Summons Submitted for Issuance - New Case     Doc ID# 6.000
Issued |
| 10/13/2017 | Summons (20 day) Issued
State Farm Mutual Automobile Insurance Company     Unserved   Response Received 11/17/2017 |
| 10/13/2017 | Standing Order in Civil Cases     Doc ID# 7.000 |
| 11/17/2017 | Response to Request for Admissions     Doc ID# 9.000 |
| 11/17/2017 | Notice of Service of Answers to Interrogatories     Doc ID# 10.000 |
| 11/17/2017 | Response to Request For Production     Doc ID# 11.000 |
| 11/17/2017 | Request for Admissions     Doc ID# 12.000 |
| 11/17/2017 | Answer and Affirmative Defenses     Doc ID# 14.000 |
| 11/20/2017 | Reply     Doc ID# 13.000 |
| 11/27/2017 | Response to Request for Admissions     Doc ID# 15.000 |
| 12/06/2017 | Notice of Service of Answers to Interrogatories     Doc ID# 16.000 |
| 12/06/2017 | Response to Request For Production     Doc ID# 17.000 |
| 12/08/2017 | Response to Request for Admissions     Doc ID# 18.000
Amended |

---

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| | Plaintiff Abbatiello, Vincent, Jr. | | |
| | Total Financial Assessment | | 410.00 |
| | Total Payments and Credits | | 410.00 |
| | **Balance Due as of 01/08/2018** | | **0.00** |
| 10/13/2017 | Transaction Assessment | | 410.00 |
| 10/13/2017 | Court Fees & Fines     Receipt # ODFM-2017-157475 | Derrick G Isaac | (410.00) |

Filing # 62795316 E-Filed 10/13/2017 10:40:27 AM

### FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law.  This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes.  (See instructions for completion.)

---

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>TWENTIETH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>LEE</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Vincent Abbaticllo Jr</u>
Plaintiff
      vs.
<u>State Farm Mutual Automobile Insurance Company</u>
Defendant

---

**II.    TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☒ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☐ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☐ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

III.  **REMEDIES SOUGHT** (check all that apply):
    ☒  Monetary;
    ☐  Non-monetary declaratory or injunctive relief;
    ☐  Punitive

IV.  **NUMBER OF CAUSES OF ACTION: (    )**
(Specify)

    <u>1</u>

V.  **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐  Yes
    ☒  No

VI.  **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒  No
    ☐  Yes – If "yes" list all related cases by name, case number and court:

VII.  **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒  Yes
    ☐  No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Derrick G Isaac</u>    FL Bar No.: <u>88664</u>
    Attorney or party                               (Bar number, if attorney)

<u>Derrick G Isaac</u>     <u>10/13/2017</u>
    (Type or print name)                            Date

Filing # 62795316 E-Filed 10/13/2017 10:40:27 AM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

VINCENT ABBATIELLO, JR.,

      Plaintiff,

vs.                                                                    CASE NO.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

      Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, VINCENT ABBATIELLO, JR., by and through the undersigned attorney, sues the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("STATE FARM"), and alleges:

1. This is an action for underinsured motorist benefits and damages that exceed $15,000.00.

2. Defendant, STATE FARM, is now, and was at all times herein mentioned, a foreign corporation duly organized under the laws of the state of Illinois and duly authorized and licensed to write and issue insurance policies in the state of Florida, with agents located in Lee County, Florida.

3. Prior to September 15, 2015, Defendant, STATE FARM, issued and delivered to Plaintiff, VINCENT ABBATIELLO, JR., an automobile insurance policy which included in its provisions underinsured motorist benefits of $250,000.00 per person and $500,000.00 per accident non-stacked under Policy Number D205835-D28-59.   A copy of the Declarations Page is attached hereto as Exhibit "A".

4. At all times herein mentioned, Plaintiff was an insured under the above-described policy of insurance and as such is entitled to underinsured motorist coverage.

5. On or about September 15, 2015, while said policy was in full force and effect, underinsured motorist, Naomi Anabel Salinas, operated a motor vehicle owned by Jason

Badrudeen on State Road 45 in the area of North Key Drive, in North Fort Myers, Lee County, Florida.

6. At that time and place, underinsured motorist, Naomi Anabel Salinas, negligently operated or maintained said motor vehicle so that it collided with Plaintiff's motor vehicle, causing severe personal injury to Plaintiff as hereinafter described.

7. As a result, Plaintiff, VINCENT ABBATIELLO, JR., suffered bodily injury and resulting pain and suffering, disability, disfigurement, wage loss, loss of earning capacity, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are permanent and continuing in nature.

8. The damages sustained by Plaintiff, VINCENT ABBATIELLO, JR., due to the negligence of underinsured motorist, Naomi Anabel Salinas, are far in excess of the bodily injury liability insurance carried by said underinsured motorist and all other collateral sources. As a result, Plaintiff is entitled to underinsured/uninsured motorist benefits from Defendant, STATE FARM.

WHEREFORE, Plaintiff, VINCENT ABBATIELLO, JR., sues the Defendant, STATE FARM, under the underinsured motorist provisions of said policy for damages in a sum in excess of $15,000.00, exclusive of interest and costs, and demands a trial by jury of all issues triable as of right by a jury.

GOLDSTEIN, BUCKLEY, CECHMAN,
RICE & PURTZ, P.A.
Attorneys for Plaintiff
Post Office Box 2366
Fort Myers, Florida 33902
(239) 334-1146 (Telephone)
(239) 334-3039 (Facsimile)

By: /S/ DERRICK G. ISAAC
Derrick G. Isaac
Florida Bar No. 0088664
dgi@gbclaw.com

E-Service:
dgi@gbclaw.com
emr@gbclaw.com
blm@gbclaw.com

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 **StateFarm°**

September 23, 2015

Goldstein, Buckley, Cechman, Rice & Purtz, P.A.
PO Box 2366
Fort Myers FL 33902-2366

State Farm Claims
PO Box 106171
Atlanta GA 30348-6171

RE:    Claim Number:      59-728M-886
       Date of Loss:       September 15, 2015
       Our Insured:        Vincent Abbatiello Jr
       Your Client:        Vincent Abbatiello
       Your File No:       150982

To Whom It May Concern:

We are in receipt of your request for policy information. In response to your request and in accordance with the recent decision by the Florida 5th DCA in *Progressive v. Rural Metro Ambulance (Nov. 14, 2008)*, please find insurance information regarding policy number D20583559 on the below listed vehicle for the above date of loss.

   Year:  2009   Make/Model:  Mercedes CLK350

   Vehicle Id Number:  WBBTK56F49T101486

   The name of the insurer:     State Farm Mutual Automobile Insurance Company

   Named Insured(s):    Vincent Abbatiello Jr

   Coverages:    A 250/500/100,P14,D500,G500,H,R1 80%/1000,U3 250/500

           A/B - BI/PD Liability (BI per person/BI per accident/PD)
           P - Personal Injury Coverage
           C - Medical Payments Coverage
           D - Comprehensive
           G - Collision
           H - Emergency Road Service
           R - Rental Coverage
           U - Uninsured Motorist - Stacking
           U3 - Uninsured Motorist - Non-Stacking
           S - Death, Dismemberment and Loss of Sight



59-728M-886
Page 2
September 23, 2015

The coverages you chose are shown on the declaration page of your policy and the application of those coverages to this loss is determined by the language of your policy contract and endorsements.

The applicable UM Selection/Rejection form is attached.

Policy or coverage defenses known to the Company at this time:
None

Umbrella or excess insurance known to the Company at this time:
None

I trust this information will satisfy your request. However, should you need further assistance, please contact Mindy Hunter at (844) 292-8615 Ext. 385.

Sincerely,

Mindy Hunter
Claim Specialist
(844) 292-8615 Ext. 385
Fax:    (855) 820-6318

State Farm Mutual Automobile Insurance Company

Enclosure:    UM Selection/Rejection form

For a complete description of the terms, conditions and exclusions applicable to each specific coverage and to determine the coverages that are included in your policy, PLEASE READ YOUR POLICY, INCLUDING ITS DECLARATIONS PAGE, AND ALL ENDORSEMENTS CAREFULLY. These specific terms, conditions, and exclusions control. In providing the above information, we, the State Farm Mutual Automobile Insurance Company, do not intend to waive any policy terms, conditions or exclusions nor do we intend to waive any unstated policy defenses, but rather we specifically reserve all our rights including our right to assert any such policy terms, conditions, exclusions or defenses at any time.

**StateFarm**

State Farm Mutual Automobile Insurance Company
State Farm Fire and Casualty Company

## Florida Uninsured Motor Vehicle Coverage - Selection/Rejection

## YOU ARE ELECTING NOT TO PURCHASE CERTAIN VALUABLE COVERAGE WHICH PROTECTS YOU AND YOUR FAMILY OR YOU ARE PURCHASING UNINSURED MOTORIST LIMITS LESS THAN YOUR BODILY INJURY LIABILITY LIMITS WHEN YOU SIGN THIS FORM. PLEASE READ CAREFULLY.

Uninsured Motor Vehicle coverage provides for payment of certain benefits for damages caused by owners or operators of uninsured motor vehicles because of bodily injury or death resulting therefrom. Such benefits may include payments for certain medical expenses, lost wages, and pain and suffering, subject to limitations and conditions contained in the policy. For the purpose of this coverage an uninsured motor vehicle may include a motor vehicle as to which the bodily injury liability limits, if any, are less than your damages.

This coverage can be purchased in either a "stacking" form or, for a reduction in premium, a "non-stacking" form. "Stacking" is not available for policies with a named insured that is not a natural person.

If you select the Stacking option, and you or a resident family member are injured by an uninsured motorist, and the injured person's damages exceed the limits of the policy on the motor vehicle which the injured person is occupying, the injured person can add the coverage under two or more household policies to determine the limit of coverage that may be available to him/her.

If you select the Non-Stacking option and you or a resident family member are injured by an uninsured motorist, except as provided in 1. below, the injured person may not add together coverage under two or more household policies to determine the total limits of coverage that may be available to him/her. Except as provided in 1. below, the coverage available to the injured person is only the coverage available as to that motor vehicle he/she was occupying. The non-stacking form is also subject to the following:

1. If the injured person is occupying a motor vehicle not owned by him/her or a family member who resides with him/her, he/she may add to the coverage on the car occupied the highest limits of coverage afforded for any one vehicle insured by him/her or any family member who resides with him/her.

2. If the injured person is occupying a motor vehicle owned by him/her or a family member who resides with him/her, there is no coverage if uninsured motorist coverage was not purchased on that vehicle.

3. If the injured person is not occupying a motor vehicle at the time of the accident, he/she may select the coverage afforded for any one vehicle insured by him/her or any family member who resides with him/her. No other policy will apply.

### Selection/Rejection of Coverage

Florida law requires that motor vehicle liability policies include "stacking" Uninsured Motor Vehicle coverage, unless you select "non-stacking" coverage. "Stacking" is not available for policies with a named insured that is not a natural person. The selected coverage must be at limits equal to the Bodily Injury Liability coverage limits in your policy, unless you select lower limits of coverage. You also have the right to reject Uninsured Motor Vehicle coverage. Select one of the options below:

☐ I hereby reject all forms of Uninsured Motor Vehicle coverage.

☒ I hereby reject the stacking form of Uninsured Motor Vehicle coverage and, instead, select the non-stacking form of Uninsured Motor Vehicle coverage with limits equal to my Bodily Injury Liability coverage limits.

☐ I hereby reject Uninsured Motor Vehicle coverage with limits equal to my Bodily Injury Liability coverage limits and, instead, select the stacking form of Uninsured Motor Vehicle coverage with lower limits of $ _____ / $ _____ .

☐ I hereby reject Uninsured Motor Vehicle coverage with limits equal to my Bodily Injury Liability coverage limits and, instead, select the non-stacking form of Uninsured Motor Vehicle coverage with lower limits of $ _____ / $ _____ .

I understand and agree that this selection or rejection of Uninsured Motor Vehicle coverage applies to my policy of liability insurance and future renewals or replacements of such policy which are issued at the same Bodily Injury Liability coverage limits. If I decide to change my selection or rejection of Uninsured Motor Vehicle coverage, I must let the Company know in writing.

| 2009 | MERCEDES CLK350 |
|---|---|
| Year of Vehicle | Make and Model of Vehicle |

| WDBTK56F49T101486 | D20 6835-D28-59 | 59-6325 |
|---|---|---|
| Vehicle Identification Number | Application/Policy Number | Agent Code |

**ABBATIELLO, VINCENT JR**
Named Insured(s) (as appearing on the application or policy)

Signature of Any Named Insured (if a Business, a Company Representative should print and sign here)

Date: 11/25/2014

1001254 FL.13

2002 140553 202 05-14-2014

Filing # 62795316 E-Filed 10/13/2017 10:40:27 AM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

VINCENT ABBATIELLO, JR.,

    Plaintiff,

vs.                             CASE NO.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

    Defendant.

_____/

## PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT

Plaintiff, VINCENT ABBATIELLO, JR., by and through the undersigned attorney, propounds the following Request for Admissions to the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, pursuant to Rule 1.370 of the Florida Rules of Civil Procedure, requiring the Defendant to admit or deny, in writing and under oath within forty-five (45) days from date of service hereof, the following.

1.     Venue lies in Lee County, Florida for this action.

2.     The Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, has jurisdiction over the Plaintiff's claims against you.

3.     Admit that on or about September 15, 2015, Naomi Anabel Salinas, operated a motor vehicle which was involved in the subject accident in Lee County, Florida.

4.     Admit the Plaintiff did not contribute to the collision in any negligent manner.

5.     Admit that the Plaintiff did not assume the risks of the subject collision.

6.     Admit that no other third parties contributed to the subject collision.

7.     Admit that the Plaintiff did not fail to mitigate the extent, amount, and/or scope of the damages alleged.

8.     Admit that the Plaintiff's injuries were not contributed to, in whole or part, by an alleged prior condition or ailment.

9.     Admit that the Plaintiff was in fact injured in person and body as a result of the subject collision.

10.     Admit that as a result of Naomi Anabel Salinas's negligence, Plaintiff suffered bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, the loss of the ability to earn money, and aggravation of an existing condition. These losses are either permanent or continuing and plaintiff will suffer the losses in the future.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been personally served on the Defendant, along with Summons and Complaint

GOLDSTEIN, BUCKLEY, CECHMAN,
RICE & PURTZ, P.A.
Attorneys for Plaintiff
Post Office Box 2366
Fort Myers, Florida 33902
(239) 334-1146 (Telephone)
(239) 334-3039 (Facsimile)

By: /S/ DERRICK G. ISAAC
Derrick G. Isaac
Florida Bar No. 0088664
dgi@gbclaw.com

2

Filing # 62795316 E-Filed 10/13/2017 10:40:27 AM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

VINCENT ABBATIELLO, JR.,

      Plaintiff,

vs.                                CASE NO.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

      Defendant.

_____/

## PLAINTIFF'S REQUEST TO PRODUCE

COMES NOW the Plaintiff, VINCENT ABBATIELLO, JR., by and through the undersigned attorney, and in accordance with the applicable Rules of Civil Procedure, and requests the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, to produce to the Plaintiff at the Law Offices of GOLDSTEIN, BUCKLEY, CECHMAN, RICE & PURTZ, P.A., 1515 Broadway (mailing address: Post Office Box 2366) Fort Myers, Florida 33902, within forty-five (45) days from the date of service of this request, for the purposes of inspecting and copying, the matter described as follows

      1.     Any and all medical records relating to the Plaintiff in the custody, control or possession of the Defendant.

      2.     Copies of any and all statements concerning this action, or the subject matter of this action, previously made by Plaintiff.

      3.     Any and all employment records relating to the Plaintiff in the custody, control or possession of the Defendant.

      4.     Any and all records of insurance claims, prior or subsequent to the date of this accident, filed by Plaintiff in the custody, control or possession of the Defendant.

      5.     Any and all records of accidents, prior or subsequent to the date of this accident, relating to the Plaintiff in the custody, control or possession of the Defendant.

      6.     Copies of any and all photographs relevant to the issues of liability or damages.

7.     Any written documents, repair estimates or reports of examination describing in any way the nature and extent of the damage to Defendant's property which resulted from the incident made the basis of this lawsuit.

8.     Copies of any and all reports prepared by any physician as a result of an independent medical examination of Plaintiff.

9.     Duplicates of any and all photographs depicting property damages to the vehicles involved in the accident and/or photographs depicting the effects of impact forces on the vehicles involved in the accident.

10.    Please produce a complete, certified copy of Plaintiff's insurance policy that was in full force and effect at the time of this accident.

11.    Please produce a complete certified copy of any and all applications for insurance submitted to Defendant by Plaintiff.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been personally served on the Defendant, along with Summons and Complaint.

GOLDSTEIN, BUCKLEY, CECHMAN,
RICE & PURTZ, P.A.
Attorneys for Plaintiff
Post Office Box 2366
Fort Myers, Florida 33902
(239) 334-1146 (Telephone)
(239) 334-3039 (Facsimile)

By: /S/ DERRICK G. ISAAC
Derrick G. Isaac
Florida Bar No. 0088664
dgi@gbclaw.com

2

Filing # 62795316 E-Filed 10/13/2017 10:40:27 AM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

VINCENT ABBATIELLO, JR.,

      Plaintiff,

vs.                                                   CASE NO.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF SERVICE OF INTERROGATORIES

COMES NOW Plaintiff, VINCENT ABBATIELLO, JR., by and through the undersigned attorneys, and advises that Interrogatories numbered One through Fourteen directed to Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, have been served with Summons and Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been personally served on the Defendant, along with Summons and Complaint.

GOLDSTEIN, BUCKLEY, CECHMAN,
RICE & PURTZ, P.A.
Attorneys for Plaintiff
Post Office Box 2366
Fort Myers, Florida 33902
(239) 334-1146 (Telephone)
(239) 334-3039 (Facsimile)

By: /S/ DERRICK G. ISAAC
    Derrick G. Isaac
    Florida Bar No. 0088664
    dgi@gbclaw.com

Filing # 62795316 E-Filed 10/13/2017 10:40:27 AM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

VINCENT ABBATIELLO, JR.,

    Plaintiff,

vs.                         CASE NO. 17-CA-00335

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

    Defendant.

_____/

## SUMMONS

TO:        **State Farm Mutual Automobile Insurance Company**
              **c/o Florida Chief Financial Officer as Registered Agent**
              **Service of Process Section**
              **200 E. Gaines Street**
              **Tallahassee, FL 32399-4201**

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to DERRICK G. ISAAC, ESQUIRE, of GOLDSTEIN, BUCKLEY, CECHMAN, RICE & PURTZ, P.A. whose address is P. O. BOX 2366, FORT MYERS, FL 33902-2366, the "Plaintiff's Attorney".

To Each Sheriff of the State: YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint in this action on Defendant.

DATED on   10/13/2017   , 2017.

                                LINDA DOGGETT
                                as Clerk of said Court

                                By: _____
                                      as Deputy Clerk

10/13/2017 2:17 PM  Filed Lee County Clerk of Court

IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY, FLORIDA                                                    CIVIL ACTION

CASE NO: 17-CA-003355

Abbatiello, Vincent, Jr.
    Plaintiff
vs
State Farm Mutual Automobile Insurance Company
    Defendant
_____/

## STANDING ORDER IN CIVIL CASES IN THE TWENTIETH JUDICIAL CIRCUIT

PURSUANT to Florida Rule of Civil Procedure 1.200(a), Florida Rule of Judicial
Administration 2.545, and Administrative Order 1.13 entered by the Chief Judge of this Circuit,
the parties are ordered to adhere to the following information and procedures applicable to civil
lawsuits:

1. **SERVICE OF THIS ORDER.** The Plaintiff is directed to serve a copy of this order
with each Summons issued in this case. One copy of this Order is to be filed with the Clerk of
the Circuit Court with proof of service. The Plaintiff shall pay the appropriate statutory clerk's
fees on copies for each Standing Order issued and attached to the Summons.

2. **CIVIL CASE MANAGEMENT SYSTEM.** The Supreme Court of Florida has
established guidelines for the prompt processing and resolution of civil cases. This Court has
adopted a case management system to help meet those guidelines. In contested cases (other than
foreclosures, involuntary commitment of sexually violent predators and eminent domain cases),
the parties are required to participate in the case management system. The case management
system requires early consultation and cooperation among the parties for the preparation and
submission of an Agreed Case Management Plan, early interaction with a Civil Case Manager
and early involvement by the Court. The Agreed Case Management Plan requires the parties to
identify a case track, confer in a good faith attempt to narrow the matters in controversy, identify
the issues that require direct involvement by the Court, and establish a schedule for addressing
those issues.[1] The Agreed Case Management Plan may be accessed at the Court's website at:
[http://www.ca.cjis20.org/web/main/civil.asp].

Unless all of the Defendants have been served and have defaulted, an Agreed Case
Management Plan will be submitted to the Civil Case Manager, at the Lee County Justice Center,
1700 Monroe Street, Fort Myers, FL 33901, on or before 150 days from the date of filing of the
initial complaint. If the parties are unable to agree on an Agreed Case Management Plan, a case
management conference will be scheduled by the Court. If a case management conference is
scheduled, attendance by trial counsel and those parties who are not represented by counsel is
mandatory.

---

[1] Case Track options include Expedited, Standard or Complex. Case Tracks have been established in order to
comply with the case disposition standards set forth in Florida Rule of Judicial Administration 2.250(a)(1)(B).

3. **ALTERNATIVE DISPUTE RESOLUTION (ADR)**. ADR provides parties with an out-of-court alternative to settling disagreements. The Court requires the parties to participate in ADR prior to trial. Mediation is mandatory unless the parties agree to another form of ADR. Mediation is a conference at which an independent third party attempts to arrange a settlement between the parties.

4. **RULES OF PROFESSIONALISM**. The Twentieth Judicial Circuit has adopted Administrative Order 2.20, which sets forth standards of professional courtesy and conduct for all counsel or pro-se litigants practicing within the Circuit. The Court requires that all familiarize themselves and comply with Administrative Order 2.20. Administrative Order 2.20 may be viewed on the Court's website at: http://www.ca.cjis20.org/web/main/ao_admin.asp

5. **CONTACT INFORMATION.** Attorneys and pro se parties are required to keep the court apprised of their current address, telephone numbers and email address. This information is also required to be included in all pleadings filed in your case.

DONE AND ORDERED in Chambers at Fort Myers, Lee County, Florida.

*Alane C. Laboda (electronically signed)*
**Administrative Circuit Judge**

*****Original on file in the office of the Circuit Court Administrative Judge, Lee County**

Filing # 64361526 E-Filed 11/17/2017 03:11:53 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIRT
IN AND FOR LEE COUNTY, FLORIDA

VINCENT ABBATIELLO, JR.,

      Plaintiff,

vs.                                  CASE NO. 2017-CA-3355

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

_____/

## DEFENDANT'S RESPONSE TO REQUEST FOR ADMISSIONS

      COMES NOW Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its undersigned counsel, and serves its Response to Plaintiff's Request for Admissions served with the Complaint in this matter as follows:

      1.      Admitted.

      2.      Denied.

      3.      Admitted.

      4.      Defendant is unable to admit or deny this Request for Admission at this time despite reasonable inquiry. Pursuant to Florida Rule of Civil Procedure 1.370, Defendant requests that this Honorable Court extend the period of responding to this Request for Admission up to and including the pretrial conference.

      5.      Defendant is unable to admit or deny this Request for Admission at this time despite reasonable inquiry. Pursuant to Florida Rule of Civil Procedure 1.370, Defendant requests that this Honorable Court extend the period of responding to this Request for Admission up to and including the pretrial conference.

6.      Defendant is unable to admit or deny this Request for Admission at this time despite reasonable inquiry.  Pursuant to Florida Rule of Civil Procedure 1.370, Defendant requests that this Honorable Court extend the period of responding to this Request for Admission up to and including the pretrial conference.

7.      Denied.

8.      Denied.

9.      Denied.

10.     Denied.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by email transmission to Derrick G. Isaac, Esq. at dgi@gbclaw.com, emr@gbclaw.com and blm@gbclaw.com, Goldstein, Buckley, Cechman, Rice & Purtz, P.A., 1515 Broadway, P. O. Box 2366, Fort Myers, FL 33902-2366 on this ___ day of _____, 2017.

BANKER LOPEZ GASSLER P.A.
4315 Metro Parkway, Suite 550
Fort Myers, FL  33916
Telephone:  (239) 985-4890
Facsimile:   (239) 322-1310
Email: service-jgubernat@bankerlopez.com

BY:  _____
Jesse Gubernat
Florida Bar No.  55928
Attorney for Defendant

Filing # 64361526 E-Filed 11/17/2017 03:11:53 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIRT
IN AND FOR LEE COUNTY, FLORIDA

VINCENT ABBATIELLO, JR.,

      Plaintiff,

vs.                              CASE NO. 2017-CA-3355

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

_____/

### NOTICE OF SERVICE OF INTERROGATORIES TO PLAINTIFF

      COMES NOW Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its undersigned attorneys, and advises that Interrogatories, numbered 1 through 28, directed to Plaintiff, VINCENT ABBATIELLO, JR., have been served pursuant to Rule 1.340, Florida Rules of Civil Procedure, requiring Plaintiff to answer said Interrogatories, and to serve a copy of said answers upon Defendant, within the time specified by the applicable rules of civil procedure.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by email transmission to Derrick G. Isaac, Esq. at dgi@gbclaw.com, emr@gbclaw.com and blm@gbclaw.com, Goldstein, Buckley, Cechman, Rice & Purtz, P.A., 1515 Broadway, P. O. Box 2366, Fort Myers, FL 33902-2366 on this ___ day of _____ 2017.

BANKER LOPEZ GASSLER P.A.
4315 Metro Parkway, Suite 550
Fort Myers, FL 33916
Telephone: (239) 985-4890
Facsimile: (239) 322-1310
Email: service-jgubernat@bankerlopez.com

BY: _____
Jesse Gubernat
Florida Bar No. 55928
Attorney for Defendant

2

## INTERROGATORIES

1.  What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2.  List the names, business addresses, dates of employment and rates of pay regarding all employers, including self-employment, for whom you have worked in the past ten years.

3.  List all former names and when you were known by those names. State all addresses where you have lived for the past ten years, the dates you lived at each address, your social security number, your date of birth, and if you are or have ever been married, the name of your spouse or spouses.

3

4.      Do you wear glasses, contact lenses or hearing aids?  If so, who prescribed them; when were they prescribed; when were your eyes or ears last examined; and what is the name and address of the examiner?

5.      Have you ever been convicted of a crime, other than any juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of one year, or that involved dishonesty or a false statement regardless of the punishment?  If so, state as to each conviction, the specific crime, the date and the place of conviction.

6.      Were you suffering from physical infirmity, disability, or sickness at the time of the incident described in the complaint?  If so, what was the nature of the infirmity, disability, or sickness?

4

7.   Did you consume any alcoholic beverages or take any drugs or medication within twelve hours before the time of the incident described in the complaint?   If so, state the type and amount of alcoholic beverages, drugs or medication which were consumed and when and where you consumed them.

8.   Describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident.

9.   Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

5

10.     Were you charged with any violation of law (including any regulations or ordinances) arising out of the incident described in the complaint? If so, what was the nature of the charge; what plea, or answer, if any, did you enter to the charge; what court or agency heard the charge; was any written report prepared by anyone regarding this charge, and if so, what is the name and address of the person or entity that prepared the report; do you have a copy of the report; and was the testimony at any trial, hearing, or other proceeding on the charge recorded in any manner, and, if so, what was the name and address of the person who recorded the testimony?

11.     Describe each injury for which you are claiming damages in this case, specifying the part of your body that was injured, the nature of the injury, and, as to any injuries you contend are permanent, the effects on you that you claim are permanent.

6

12.   List each item of expense or damage, other than loss of income or earning capacity, that you claim to have incurred as a result of the incident described in the complaint, giving for each item the date incurred, the name and business address to whom each was paid or is owed, and the goods or services for which each was incurred.

13.   Do you contend that you have lost any income, benefits, or earning capacity in the past or future as a result of the incident described in the complaint?  If so, state the nature or the income, benefits, or earning capacity, and the amount and the method that you used in computing the amount.

14.   Has anything been paid or is anything payable from any third party for the damages listed in your answers to these interrogatories?  If so, state the amounts paid or payable, the name and business address of the person or entity who paid or owes said amounts, and which of those third parties have or claim a right of subrogation.

7

15. Have you notified any provider of collateral sources in any manner of your intention to claim damages from this, or any other person or entity? If so, please state the name and address of the collateral source provider, the date of such notification, by what manner the collateral source provider was notified, whether or not the collateral source provided her provided a statement asserting its payment of collateral source benefits and right of subrogation or reimbursement and, if so, the date such notification was made and the date such notification was received by you or someone acting on your behalf.

16. List the names and business addresses of each physician who has treated or examined you, and each medical facility where you have received any treatment or examination for the injuries for which you seek damages in this case; and state as to each the date of treatment or examination and the injury or condition for which you were examined or treated.

8

17.     List the names and business addresses of all other physicians, medical facilities or other health care providers by whom or at which you have been examined or treated in the past ten years; and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated.

18.     List the names and addresses of all persons who are believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

19.     Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place and substance of each statement.

9

20.  State the name and address of every person known to you, your agents, or attorneys, who has knowledge about, or possession, custody or control of any model, plat, map, drawing, motion picture, video tape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

21.  Do you intend to call any expert witnesses at the trial of this case?  If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

22.  Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case?  If so, state the terms of the agreement and the parties to it.

10

23.   Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter and if so, state whether you were plaintiff or defendant, the nature of the action, and the date and court in which such suit was filed.

24.   At the time of the incident described in the complaint, were you wearing a seat belt? If not, please state why not; where you were seated in the vehicle; and whether the vehicle was equipped with a seat belt that was operational and available for your use.

25.   Did any mechanical defect in the motor vehicle in which you were riding at the time of the incident described in the complaint contribute to the incident? If so, describe the nature of the defect and hot contributed to the incident.

11

26. If you, or your attorneys or agents, have taken any statement from any person concerning the subject matter of this suit, please state the name and address of the person who took such statement, the date, and time such statement was taken, the form of the statement (e.g., or recording, writing, stenographic, telephonic, etc.), the name, address, and telephone number of the person from whom the statement was taken, the name, address and telephone number of the person, firm or corporation who currently has custody of such statement, and whether or not a copy of the statement has been given to the person from whom it was taken.

27. State whether or not you have been involved in any other "incidents" (incident is used in its broadest sense to mean any accidental injury such as an automobile accident, motorcycle accident, slip and fall, etc., and any intentional acts, such as assault and battery, attempted murder, etc.) in which you received injuries for

12

which you received treatment by a health care provider, and for each such incident, state the date and place it occurred, the names and addresses of all persons who have knowledge of the incident, and the names and addresses of all persons and health care providers who rendered medical treatment to you.

28. State whether you, or anyone on your behalf, has filed any lawsuits, made any workers' compensation claims, applied for or claimed any personal injury protection benefits, applied for or received any medical insurance benefits, made any uninsured motorist's claims, or retained any attorneys for the purpose of accomplishing the foregoing, and if so, for each such occasion, provide the names and addresses of all persons who have information pertaining to these claims and enough information about the claims to enable defendant to obtain the documents substantiating the claims you have made.

13

_____
VINCENT ABBATIELLO, JR.

STATE OF FLORIDA                    )

COUNTY OF _____     )

  The foregoing instrument was acknowledged before me this _____ day of

_____, 20___, by VINCENT ABBATIELLO, JR. who is personally known to me or

who has produced identification and who did (did/not) take oath.


_____ Personally Known    _____ Identification Produced        _____ Type of ID


_____
Notary Public

_____
Printed Notary Name

My Commission Expires:

14

Filing # 64361526 E-Filed 11/17/2017 03:11:53 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIRT
IN AND FOR LEE COUNTY, FLORIDA

VINCENT ABBATIELLO, JR.,

     Plaintiff,

vs.                            CASE NO. 2017-CA-3355

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Defendant.

_____/

## REQUEST FOR PRODUCTION TO PLAINTIFF

     COMES NOW Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE

COMPANY, by and through its undersigned counsel, and, in accordance with the

applicable Rules of Civil Procedure, requests the Plaintiff, VINCENT ABBATIELLO, JR.,

to produce to the Defendant, at the law offices of BANKER LOPEZ GASSLER, P.A.,

4315 Metro Parkway, Suite 550, Fort Myers, FL, 33916, within 30 days of the date of

this request, for the purposes of inspecting and copying the matters described in the

attached list.

     Defendant would state that it has need to examine, copy and inspect said

described items and are unable to obtain said described items by other means, or,

alternatively, Defendant is otherwise entitled to said items under the applicable Rules of

Civil Procedure and case law interpreting same.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and accurate copy of the above and foregoing

has been furnished by email transmission to Derrick G. Isaac, Esq. at dgi@gbclaw.com,

emr@gbclaw.com and blm@gbclaw.com, Goldstein, Buckley, Cechman, Rice & Purtz,

P.A., 1515 Broadway, P. O. Box 2366, Fort Myers, FL 33902-2366 on this _17_ day of _November_, 2017.

BANKER LOPEZ GASSLER P.A.
4315 Metro Parkway, Suite 550
Fort Myers, FL  33916
Telephone:  (239) 985-4890
Facsimile:   (239) 322-1310
Email: service-jgubernat@bankerlopez.com

BY: _____
Jesse Gubernat
Florida Bar No.  55928
Attorney for Defendant

2

## PRODUCTION REQUEST

1. You are requested to produce a copy of any and all statements (as defined in the Rules of Civil Procedure) concerning this action or the subject matter of this action previously made by the Defendant(s).

2. You are requested to produce copies of any and all medical, hospital, and doctor bills, including bills for prescriptions, incurred by the Plaintiff in treatment of injuries which were allegedly received in the incident described in the Plaintiff's complaint.

3. You are requested to produce copies of any and all records, reports, correspondence, or other documentation from any and all health care providers or mental care providers, who have treated, examined, or seen the Plaintiff as a result of the subject accident.

4. You are requested to produce any and all hospital records in Plaintiff's possession relative to any treatment Plaintiff received as a result of the injuries sustained in the incident which is the subject matter of this suit.

5. You are requested to produce copies of Plaintiff's income tax returns and W-2 forms for the past five (5) years (or execution of the attached Form 4506), and a copy of the Plaintiff's most recent payroll stub, or record of earnings to date, for the current year.

6. You are requested to produce any written memorandum, letter, or statement from Plaintiff's employer which substantiates or verifies the amount of time lost from work due to injuries allegedly sustained in the incident described in the complaint, and the amount of lost wages.

7. You are requested to produce prints of any and all photographs which do or might reveal injuries which the Plaintiff has allegedly sustained in the incident described in the complaint. In addition, you are also requested to produce photographs of the Plaintiff taken prior to the incident, as well as the most recent photographs of the Plaintiff, for comparison purposes.

8. You are requested to produce prints of any and all photographs relevant to the issues of liability and damages including, but not limited to, photographs of the vehicles involved and the scene of the accident.

3

9. You are requested to produce copies of any written documents, repair estimates, or report of examination describing, in any way, the nature and extent of the damage to the Plaintiff's property which occurred as a result of the incident described in the complaint, and any such documents reflecting the condition of the Plaintiff's property immediately prior to the incident described in the complaint.

10. You are requested to produce any and all bills or statements regarding the rental of a replacement vehicle.

11. You are requested to produce gross income figures of the Plaintiff for the past five (5) calendar years.

12. You are requested to produce all existing documentary evidence of any damage that the Plaintiff(s) intends to relate to the incident alleged in the complaint.

13. You are requested to produce a complete copy of the policy or policies of insurance which have, will, or may provide benefits of any type to the Plaintiff as a result of the incident described in the complaint.

14. You are requested to produce copies of all driver licenses presently issued to the Plaintiff.

15. You are requested to produce copies of all ordinances, regulations, rules, statutes, published standards, and written publications upon which the subject claim is based.

16. You are requested to produce copies of any and all transmittals, letters, notifications or any other documents by which you, or anyone acting on your behalf have notified any provider of collateral sources (as such term is defined in F.S. 768.76) of your intent to claim damages from any person, corporation or other entity, together with any and all documents reflecting service or delivery of such notifications to any provider of collateral sources.

17. You are requested to produce copies of any and all statements, transmittals, letters or other documents from any provider of collateral source (as that term is defined in F.S. 768.71) of such collateral source provider's assertion of payment and right of subrogation or reimbursement or asserting that it does not have to comply with the provisions of F.S. 768.76(7) for any reasons, including, but not

4

limited to such collateral source provider's claim that it is subject to the provisions of the Employee Retirement Income Security Act (ERISA) 29 USC 1001, <u>et. seq</u>.

18. You are requested to produce copies of any and all correspondence, transmittals, telephone logs, memoranda or any other documentation of any sort by and between you or anyone acting on your behalf and the provider(s) of any collateral sources (as that term is defined in F.S. 768.76 since the date of the incident referred to in the Complaint, other than those documents requested in numbers 16 and 17 above.

5

Form **4506-T**
(Rev. September 2015)
Department of the Treasury
Internal Revenue Service

### Request for Transcript of Tax Return

▶ **Do not sign this form unless all applicable lines have been completed.**
▶ **Request may be rejected if the form is incomplete or illegible.**
▶ **For more information about Form 4506-T, visit** *www.irs.gov/form4506t.*

OMB No. 1545-1872

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these lines helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ _____

   **a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . □

   **b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . □

   **c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . □

**7** **Verification of Nonfiling,** which is proof from the IRS that you did not file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . □

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . □

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

| / / | / / | / / | / / |
|---|---|---|---|

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

□ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.

| | | Phone number of taxpayer on line 1a or 2a |
|---|---|---|

**Sign Here**

▶ _____
  Signature (see instructions)        Date

  Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ _____
  Spouse's signature        Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.

Cat. No. 37667N

Form **4506-T** (Rev. 9-2015)

Filing # 64361526 E-Filed 11/17/2017 03:11:53 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIRT
IN AND FOR LEE COUNTY, FLORIDA

VINCENT ABBATIELLO, JR.,

     Plaintiff,

vs.                                                      CASE NO. 2017-CA-3355

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Defendant.

_____/

## DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S REQUESTS FOR ADMISSION TO PLAINTIFF

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("STATE FARM"), by and through its undersigned counsel and pursuant to Fla. R. Civ. P. 1.370 hereby respectfully requests that Plaintiff, VINCENT ABBATIELLO, JR admit the following:

1. On the date of filing the Complaint and at all times relevant and material to the Complaint, Plaintiff, VINCENT ABBATIELLO, JR was a citizen of the State of Florida.

2. On the date of filing the Complaint and at all times relevant and material to the Complaint, Plaintiff, VINCENT ABBATIELLO, JR's true, fixed and permanent home and principal establishment was located in the State of Florida.

3. The amount in controversy in this case is Seventy-Five Thousand Dollars ($75,000.00) or less, exclusive of interest and costs.

4. The amount in controversy in this case is Seventy-Five Thousand Dollars ($75,000.00) or more, exclusive of interest and costs.

5. Plaintiff seeks less than Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs in this matter.

6. Plaintiff seeks more than Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs in this matter.

7. Plaintiff's claims or causes of action in the subject matter are in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

8. Plaintiff, VINCENT ABBATIELLO, JR. is not a citizen of the State of Illinois for purposes of diversity jurisdiction pursuant to 28 U.S.C. §1332.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by email transmission to Derrick G. Isaac, Esq. at dgi@gbclaw.com, emr@gbclaw.com and blm@gbclaw.com, Goldstein, Buckley, Cechman, Rice & Purtz, P.A., 1515 Broadway, P. O. Box 2366, Fort Myers, FL 33902-2366 on this __17__ day of _____November_____, 2017.

BANKER LOPEZ GASSLER P.A.
4315 Metro Parkway, Suite 550
Fort Myers, FL 33916
Telephone:   (239) 985-4890
Facsimile:   (239) 322-1310
Email: service-jgubernat@bankerlopez.com

BY: _____
Jesse Gubernat
Florida Bar No.  55928
Attorney for Defendant

Filing # 64616526 E-Filed 11/27/2017 03:55:52 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

VINCENT ABBATIELLO, JR.,

     Plaintiff,

vs.                                                    CASE NO. 17-CA-003355

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

     Defendant.

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT'S
## REQUEST FOR ADMISSIONS

COMES NOW Plaintiff, VINCENT ABBATIELLO, JR., by and through his undersigned attorney, and responds to Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Request for Admissions and states as follows:

1. Admit.
2. Admit.
3. Deny.
4. Admit.
5. Deny.
6. Admit.
7. Admit.
8. Deny.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above has been furnished via email transmission to those parties listed on the attached Service List, this 27th day of November, 2017.

GOLDSTEIN, BUCKLEY, CECHMAN,
RICE & PURTZ, P.A.
Attorneys for Plaintiff
Post Office Box 2366
Fort Myers, Florida 33902
(239) 334-1146 (Telephone)
(239) 334-3039 (Facsimile)

By: /S/ DERRICK G. ISAAC
    Derrick G. Isaac
    Florida Bar No. 0088664
    dgi@gbclaw.com

## SERVICE LIST

Jesse Gubernat, Esquire
BANKER LOPEZ GASSLER, P.A.
4315 Metro Parkway, Ste. 550
Fort Myers, FL 33916
service-jgubernat@bankerlopez.com

Filing # 65040235 E-Filed 12/06/2017 01:30:52 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIRT
IN AND FOR LEE COUNTY, FLORIDA

VINCENT ABBATIELLO, JR.,

     Plaintiff,

vs.                                                              CASE NO. 2017-CA-3355

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Defendant.

_____ /

## DEFENDANT'S NOTICE OF SERVICE OF ANSWERS TO PLAINTIFF'S INTERROGATORIES

COMES NOW Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE

COMPANY, by and through its undersigned counsel, and hereby serves its Notice of

Service of Answers to Plaintiff's Interrogatories numbered 1 through 14 served with the

Complaint in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has
been furnished by email transmission to Derrick G. Isaac, Esq. at dgi@gbclaw.com,
emr@gbclaw.com and blm@gbclaw.com, Goldstein, Buckley, Cechman, Rice & Purtz,
P.A., 1515 Broadway, P. O. Box 2366, Fort Myers, FL 33902-2366 on this _6_ day of
_December_, 2017.

                              BANKER LOPEZ GASSLER P.A.
                              4315 Metro Parkway, Suite 550
                              Fort Myers, FL 33916
                              Telephone:   (239) 985-4890
                              Facsimile:   (239) 322-1310
                              Email: service-jgubernat@bankerlopez.com

BY: _____
                       Jesse Gubernat
                       Florida Bar No.  55928
                       Attorney for Defendant

Filing # 65040235 E-Filed 12/06/2017 01:30:52 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIRT
IN AND FOR LEE COUNTY, FLORIDA

VINCENT ABBATIELLO, JR.,

    Plaintiff,

vs.                             CASE NO. 2017-CA-3355

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____/

## DEFENDANT'S RESPONSE TO REQUEST TO PRODUCE

COMES NOW Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its undersigned counsel, and hereby serves its Response to Plaintiff's Request to Produce served with Complaint as follows:

1.     No records other than those previously provided by Plaintiff's counsel pre-suit.

2.     No statements.

3.     No employment records.

4.     Objection, work product privilege as to records of claims made by Plaintiff.

5.     None.

6.     Please see attached photographs of Plaintiff's vehicle.

7.     None.

8.     No reports.

9.     Please see attached photographs of Plaintiff's vehicle.

10.    Please see insurance policy previously provided to Plaintiff's counsel.

11.    Objection, overly broad, irrelevant and not reasonably calculated to lead to admissible evidence.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by email transmission to Derrick G. Isaac, Esq. at dgi@gbclaw.com, emr@gbclaw.com and blm@gbclaw.com, Goldstein, Buckley, Cechman, Rice & Purtz, P.A., 1515 Broadway, P. O. Box 2366, Fort Myers, FL 33902-2366 on this _6_ day of _December_, 2017.

BANKER LOPEZ GASSLER P.A.
4315 Metro Parkway, Suite 550
Fort Myers, FL  33916
Telephone:  (239) 985-4890
Facsimile:   (239) 322-1310
Email: service-jgubernat@bankerlopez.com

BY: _____
Jesse Gubernat
Florida Bar No.  55928
Attorney for Defendant

Filing # 65181769 E-Filed 12/08/2017 04:44:27 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

VINCENT ABBATIELLO, JR.,

     Plaintiff,

vs.                                CASE NO. 17-CA-003355

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

     Defendant.

_____/

### PLAINTIFF'S AMENDED RESPONSE TO DEFENDANT'S REQUEST FOR ADMISSIONS

COMES NOW Plaintiff, VINCENT ABBATIELLO, JR., by and through his undersigned attorney, and responds to Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Request for Admissions and states as follows:

1. Admit.
2. Admit.
3. Deny.
4. Admit.
5. Deny.
6. Admit.
7. Admit.
8. Admit.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above has been furnished via email transmission to those parties listed on the attached Service List, this 8th day of December, 2017.

GOLDSTEIN, BUCKLEY, CECHMAN,
RICE & PURTZ, P.A.
Attorneys for Plaintiff
Post Office Box 2366
Fort Myers, Florida 33902
(239) 334-1146 (Telephone)
(239) 334-3039 (Facsimile)

By: /S/ DERRICK G. ISAAC
Derrick G. Isaac
Florida Bar No. 0088664
dgi@gbclaw.com

### SERVICE LIST

Jesse Gubernat, Esquire
BANKER LOPEZ GASSLER, P.A.
4315 Metro Parkway, Ste. 550
Fort Myers, FL 33916
service-jgubernat@bankerlopez.com

Filing # 64391342 E-Filed 11/20/2017 09:47:27 AM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

VINCENT ABBATIELLO, JR.,

     Plaintiff,

vs.                                                                       CASE NO. 17-CA-003355

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

     Defendant.

_____/

## PLAINTIFF'S REPLY TO AFFIRMATIVE DEFENSES

COME NOW Plaintiff, VINCENT ABBATIELLO, by and through the undersigned attorneys, and files this reply denying each and every Affirmative Defense set forth by the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and demands that the Defendant provide strict proof thereof.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above has been furnished via email transmission to those parties listed on the attached Service List, this 20 day of November, 2017.

GOLDSTEIN, BUCKLEY, CECHMAN,
RICE & PURTZ, P.A.
Attorneys for Plaintiff
Post Office Box 2366
Fort Myers, Florida 33902
(239) 334-1146 (Telephone)
(239) 334-3039 (Facsimile)

By: /S/ DERRICK G. ISAAC
    Derrick G. Isaac
    Florida Bar No. 0088664
    dgi@gbclaw.com

## SERVICE LIST

Jesse Gubernat, Esquire
BANKER LOPEZ GASSLER, P.A.
4315 Metro Parkway, Ste. 550
Fort Myers, FL 33916
service-jgubernat@bankerlopez.com

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIRT
IN AND FOR LEE COUNTY, FLORIDA

VINCENT ABBATIELLO, JR.,

     Plaintiff,

vs.                                CASE NO. 2017-CA-3355

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Defendant.

_____ /

## STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S NOTICE OF FILING REMOVAL TO THE UNITED STATES DISTRICT COURT

TO:    Clerk of the Circuit Court, Lee County, Florida

     **NOTICE IS HEREBY GIVEN** that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446,

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter

"STATE FARM"), has filed in the United States District Court for the Middle District of Florida,

Fort Myers Division, a Notice of Removal of this action. A copy of the Notice of Removal is

attached to this Notice as Exhibit A.

     Pursuant to 28 U.S.C. § 1446(d), the filing of this Notice of Removal with the Clerk for

the Twentieth Judicial Circuit in and for Lee County effects removal of this action to the United

States District Court, "and the state [matter] shall proceed no further unless and until the case is

remanded." 28 U.S.C. § 1446(d).

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been

furnished by email transmission to Derrick G. Isaac, Esq. at dgi@gbclaw.com, emr@gbclaw.com

316640

and blm@gbclaw.com, Goldstein, Buckley, Cechman, Rice & Purtz, P.A., 1515 Broadway, P. O.

Box 2366, Fort Myers, FL 33902-2366 on this ____8____ day of ____January____, 2018.

                          BANKER LOPEZ GASSLER P.A.
                          4315 Metro Parkway, Suite 550
                          Fort Myers, FL  33916
                          Telephone:  (239) 985-4890
                          Facsimile:  (239) 322-1310
                          Email: service-jgubernat@bankerlopez.com

BY:       _____
                          Jesse Gubernat
                          Florida Bar No.  55928
                          Attorney for Defendant

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

VINCENT ABBATIELLO, JR.,

     Plaintiff,

vs.                               CASE NO. 17-CA-003355

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

     Defendant.

_____/

## PLAINTIFF'S REPLY TO AFFIRMATIVE DEFENSES

COME NOW Plaintiff, VINCENT ABBATIELLO, by and through the undersigned attorneys, and files this reply denying each and every Affirmative Defense set forth by the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and demands that the Defendant provide strict proof thereof.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above has been furnished via email transmission to those parties listed on the attached Service List, this 20 day of November, 2017.

GOLDSTEIN, BUCKLEY, CECHMAN,
RICE & PURTZ, P.A.
Attorneys for Plaintiff
Post Office Box 2366
Fort Myers, Florida 33902
(239) 334-1146 (Telephone)
(239) 334-3039 (Facsimile)

By: /S/ DERRICK G. ISAAC
    Derrick G. Isaac
    Florida Bar No. 0088664
    dgi@gbclaw.com

# SERVICE LIST

Jesse Gubernat, Esquire
BANKER LOPEZ GASSLER, P.A.
4315 Metro Parkway, Ste. 550
Fort Myers, FL 33916
service-jgubernat@bankerlopez.com